IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-332-9FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DARRELL BRIGMAN | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on April 16, 2010, the following substitute asset is hereby forfeitable pursuant to 18 U.S.C. § 981:

A portion of the funds of two Certificate of Deposit accounts belonging to Darrell Brigman at Farmers and Merchants Bank in Kannapolis, North Carolina, specifically, Account Numbers 47031 and 87793, of the total amount of $250,000.

The above substitute asset is forfeited in substitution for the forfeited but unavailable criminal proceeds in the amount of $250,000.00; and

WHEREAS, the United States released from this forfeiture action the remainder of the funds, above $250,000, in those Farmers and Merchant Bank accounts specified herein, as well as all other property seized from Darrell Brigman.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Memorandum of Plea Agreement as to the defendant, DARRELL BRIGMAN, the interest of the defendant in the identified property is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

3. That the remainder of the funds, above $250,000, in those Farmers and Merchant Bank accounts specified herein, as well as all other property seized from Darrell Brigman, are hereby released from this forfeiture action.

SO ORDERED. This 19th day of July, 2010.

/s/Louise W. Flanagan
LOUISE W. FLANAGAN
Chief United States District Judge